**Larry R. TART, Plaintiff–Appellant,**

**v.**

**Joyce KORNEGAY; Forrest Festerman; Finesse Couch; Karen Brown, Defendants–Appellees,**

**and**

**Janitorial Products Plant, Defendant.**

**No. 13–6063.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

Larry R. Tart, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry R. Tart appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure exhaust administrative remedies.*

---

* Because the record clearly establishes that exhaustion did not occur, the order is final. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (1993).

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tart v. Kornegay,* No. 5:11–ct–03236–BO, 2013 WL 74734 (E.D.N.C. Jan. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*